# EXHIBIT C

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
 2                       HOUSTON DIVISION

 3    DIGITAL DRILLING DATA    )
      SYSTEMS LLC              )
 4                             )
           Plaintiff,          )
 5                             )
      vs.                      )Civil Action No. 4:15-cv-2172
 6                             )
      PETROLINK SERVICES INC. &)
 7    LEE GEISER               )
                               )
 8         Defendants.         )

 9    **************************************************

10              ORAL AND VIDEOTAPED DEPOSITION OF

11                          PHOEUN PHA

12                       DECEMBER 20, 2016

13    **************************************************

14

15       ORAL AND VIDEOTAPED DEPOSITION OF PHOEUN PHA,

16    produced as a witness at the instance of the Plaintiff,

17    and duly sworn, was taken in the above-styled and

18    numbered cause on the 20th day of December, 2016, from

19    8:33 a.m. to 3:25 p.m., before Julie Scarborough, CSR in

20    and for the State of Texas, reported by method of

21    machine shorthand, at Winstead PC, 600 Travis Street,

22    Suite 1100, Houston, Texas, pursuant to the Federal

23    Rules of Civil Procedure and the provisions stated on

24    the record or attached hereto.

25
```

```
 1                  A P P E A R A N C E S

 2    FOR THE PLAINTIFF:

 3       Mr. Kevin Leyendecker
         AHMAD, ZAVITSANOS, ANAIPAKOS,
 4       ALAVI & MENSING PC
         1221 McKinney Street, Suite 2500
 5       Houston, Texas  77010
         713.655.1101  713.655.0062 (Fax)
 6       kleyendecker@azalaw.com


 7


 8    FOR THE DEFENDANTS:

 9       Mr. Tom Van Arsdel
         Mr. Jason R. Bernhardt
10       WINSTEAD PC
         600 Travis Street, Suite 1100
11       Houston, Texas
         713.650.8400  713.650.2400 (Fax)
12       tvanarsdel@winstead.com
         jbernhardt@winstead.com
13

14    ALSO PRESENT:

15       Mr. Nils Benson
         Mr. Lee Geiser
16       Mr. Patrick Braun, Videographer

17

18                         *   *   *   *   *

19

20

21

22

23

24

25
```

1                    THE VIDEOGRAPHER:  We are on the record to
2      begin the deposition.  Today's date is December 20th,
3      2016.  The time is 8:33 a.m.  Please wait for the court
4      reporter to swear in the witness.
5                          (Witness sworn.)
6                          PHOEUN PHA,
7      having been first duly sworn, testified as follows:
8                          EXAMINATION
9      BY MR. LEYENDECKER:
10         Q.  Would you please state your name, sir.
11         A.  Phoeun Pha.
12         Q.  Mr. Pha, you work for Petrolink Services, Inc.?
13         A.  Yes, I currently work for Petrolink Services,
14     Inc.
15         Q.  Okay.  You hesitated on that.  Is there some
16     reason you hesitated there?
17         A.  I just wanted to make sure I answered correctly.
18         Q.  Okay.  You understand you're here today to give a
19     deposition in a case involving Petrolink and DigiDrill?
20         A.  Yes, I understand.
21         Q.  All right.  And have you ever given a deposition
22     before?
23         A.  No.
24         Q.  If I ask you a question that you don't
25     understand, would you do me the courtesy and let me know

```
 1      A.  When I used the word "open," that's what I was
 2  referring to.
 3      Q.  Okay.
 4      A.  My apologies.
 5      Q.  So you're saying Firebird is an open source
 6  program, right?
 7      A.  Yes, Firebird is an open source program.
 8      Q.  But DataLogger is not an open database, is it?
 9      A.  You mean DataLogger the software or --
10      Q.  DataLogger -- the databases contained within
11  DataLogger, those are not open databases, are they?
12      A.  I would believe so.  Because at the time we were
13  looking at the material from the data -- from the
14  DigiDrill website that says as such, that it was
15  stored --
16      Q.  Are you talking about something you read on
17  the -- on the Internet that was on DigiDrill's website?
18      A.  That's correct.
19      Q.  Okay.  That's not what I'm asking you.
20      A.  Uh-huh.
21      Q.  I'm asking you -- Step 1, which you've
22  acknowledged, is that Firebird is an open source
23  program --
24      A.  That's correct.
25      Q.  -- right?
```

1      Q.   This is about the time that you -- you were
2   making that rig visit on that Conoco rig?
3      A.   That's about it, yeah.
4      Q.   And Mr. Frolich says, "Team, for those
5   interested, we have scanned the DigiDrill manual and I
6   have uploaded the manual to Intranet server."  Do you
7   see that?
8      A.   Yes.
9      Q.   And that's a Petrolink, I take it -- Intralink
10  (sic) meaning like a Petrolink server?
11     A.   Yes.
12     Q.   Okay.  And so did you look at that DigiDrill
13  manual as part of your efforts to decode the software?
14     A.   I don't recall.
15     Q.   Okay.  By the way, Mr. Pha, do you know how the
16  Firebird server came to reside on -- whether it's AIM's
17  machine or Crescent's machine or any of the MWD
18  companies' machine?  Do you know how that actually
19  happened?
20     A.   At the time, no.
21     Q.   Do you understand now how it happens?
22     A.   I have a general idea, yes.
23     Q.   Okay.  What's your understanding?
24     A.   My understanding is that DigiDrill's customer
25  would either download the Firebird database server

```
 1    either from the Firebird website or from any other
 2    website that has the Firebird database server available.
 3         Q.   Okay.   You're saying that something that --
 4    that -- let's just take AIM, for example.
 5         A.   Uh-huh.
 6         Q.   Your understanding is today that AIM gets the
 7    DataLogger software, and then AIM goes and downloads the
 8    Firebird server to run in conjunction with that
 9    software?
10         A.   Yes, as a requirement.
11         Q.   So they're doing two things.   They're downloading
12    the DataLogger -- downloading the DataLogger software,
13    and then they're going and deciding, "I'm going to
14    download the Firebird software too"?   That's your
15    understanding?
16         A.   Well, it's not an option, per se.   It's a
17    requirement for them to install the Firebird database
18    server.
19         Q.   Well, when you say "requirement," aren't you --
20    aren't what you're really telling the jury is that
21    when -- when somebody downloads the DataLogger software
22    after they've purchased a license, that when they
23    install the software, the software -- being the
24    DataLogger software -- automatically installs the
25    Firebird server as part of the installation of the
```

1  22nd, 2014, right?

2  A.  Uh-huh, yes.

3  Q.  "I'm meeting with the Directional Drilling

4  Company on Thursday" -- that's DDC -- "and LEAM on

5  Friday to discuss WITSML solution for our EOG Eagle Ford

6  jobs."

7  A.  Yes.

8  Q.  "LEAM made the decision to bring their logging

9  software rep" -- and you identified that as DigiDrill --

10  A.  Yes.

11  Q.  -- "to the meeting as well."

12  A.  Yeah, this particular meeting.

13  Q.  Okay.  Then do me a favor and read the next

14  sentence you wrote.

15  A.  "I would like to note that we should not expect

16  any 'pushback' from the DigiDrill rep (in a technical

17  and possibly legal context), as they tout their software

18  as being open.  From their website ... 'All data

19  generated by the DigiDrill system is stored in an open

20  database file to give the user the ability to query the

21  data using off-the-shelf software products.'"

22  Q.  Okay.  What -- so what's in quote is the -- the

23  "All data generated by the DigiDrill system is stored in

24  an open database file," right?

25  A.  Yes.

1   server that requires a password and username to access

2   the structure and organization and the data, do you

3   think it's -- you think that there might be some people

4   out there that would consider that to be a closed

5   database?

6       A.   It depends on their definition of "closed" or

7   "open."

8       Q.   Okay.  And you never asked DigiDrill whether they

9   thought their database was open or closed, did you?

10      A.   We told them that we were planning to query data

11  from it.

12      Q.   Okay.  Did you ever ask them whether they

13  considered their database to be open or closed?

14      A.   Did we ask, or did we tell?

15      ==Q.   Did you ever ask them whether they considered==

16  ==their database, the one that you were writing your==

17  ==program to copy, did you ever ask them whether they==

18  ==considered it to be open or closed?==

19      ==A.   No, we didn't ask because their website mentions==

20  ==such.==

21      Q.   Okay.  Did you say -- did you say to Mr. Erwin at

22  this meeting with LEAM, "Hey, I just want to confirm up

23  here, right?  I'm telling my bosses you guys aren't

24  going to have any legal or any pushback from what we're

25  doing because of what's on your website, and I just want

```
 1                    CHANGES AND SIGNATURE

 2          PHOEUN PHA          DECEMBER 20, 2016

 3      PAGE     LINE       CHANGE            REASON

 4       6       18     "shorten" should be "shorthand"    Mistranscription

 5      19       25     "coding" should be "coded"         Mistranscription

 6      22        1     "dated" should be "bated"          Mistranscription

 7     106       20     "DLWD" should be "LWD"             Mistranscription

 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  I, PHOEUN PHA, have read the foregoing deposition and
2  hereby affix my signature that same is true and correct,
3  except as noted above.

*[Signature: Phoeun Pha]*
PHOEUN PHA

THE STATE OF TEXAS
COUNTY OF Harris )

Before me, *Deborah K Elzner*, on this day personally appeared PHOEUN PHA, known to me (or proved to me under oath or through _____) (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 6th day of February, 2017.

*[Signature: Deborah K Elzner]*
NOTARY PUBLIC IN AND FOR
THE STATE OF Texas

DEBORAH K. ELZNER
Notary Public, State of Texas
My Commission Expires
AUGUST 26, 2016

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                       HOUSTON DIVISION

 3   DIGITAL DRILLING DATA      )
     SYSTEMS LLC                )
 4                              )
            Plaintiff,          )
 5                              )
     vs.                        )Civil Action No. 4:15-cv-2172
 6                              )
     PETROLINK SERVICES INC. &)
 7   LEE GEISER                 )
                                )
 8          Defendants.         )

 9                   REPORTER'S CERTIFICATION
                   DEPOSITION OF PHOEUN PHA
10                      DECEMBER 20, 2016

11        I, Julie Scarborough, Certified Shorthand

12   Reporter in and for the State of Texas, hereby certify

13   to the following:

14        That the witness, PHOEUN PHA, was duly sworn by

15   the officer and that the transcript of the oral

16   deposition is a true record of the testimony given by

17   the witness;

18        That the original deposition was delivered

19   to _____;

20        That a copy of this certificate was served

21   on all parties and/or the witness shown herein on

22   _____.

23        That the amount of time used by each party at

24   the deposition is as follows:

25      Mr. Leyendecker - 5 hours, 23 minutes
```

```
 1            I further certify that pursuant to FRCP Rule
 2    30(f)(1) that the signature of the deponent:
 3            _X__   was requested by the deponent or a party
 4    before the completion of the deposition and that
 5    signature is to be before any notary public and returned
 6    within 30 days from date of receipt of the transcript.
 7            If returned, the attached Changes and Signature
 8    page contains any changes and the reasons therefor;
 9            ____   was not requested by the deponent or a
10    party before the completion of the deposition.
11            I further certify that I am neither counsel for,
12    related to, nor employed by any of the parties or
13    attorneys in the action in which this proceeding was
14    taken, and further that I am not financially or
15    otherwise interested in the outcome of the action.
16            Certified to by me on this, the 5th day of
17    January, 2017.
18
19
20            _____
              JULIE A. SCARBOROUGH, Texas CSR 4909
21            Expiration Date:  12-31-17
              DepoTexas - Firm Registration No. 95
22            13101 Northwest Freeway, Suite 210
              Houston, TX 77040
23            281.469.5580
24
25
```