IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DIGITAL DRILLING DATA SYSTEMS LLC, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-2172 |
| § § | |
| PETROLINK SERVICES INC., § § | |
| Defendant. § § § | |

## JURY VERDICT

### QUESTION NO. 1

Did Defendant Petrolink obtain a benefit from Plaintiff Digital Drilling by the taking of an undue advantage?

Answer "Yes" or "No": __YES__

If you answered "No," then the foreperson should sign and date the verdict form where indicated.
If you answered "Yes," proceed to answer Question 2.

If you answered "Yes" on Question 1, then answer this question. Otherwise, do not answer this question and the foreperson should sign and date the verdict.

**QUESTION NO. 2**

Do you find that the Plaintiff Digital Drilling, or someone authorized to consent, consented to the conduct you found in Question 1?

Answer "Yes" or "No": __NO__

If you answered "Yes" on Question 1, then answer this question. Otherwise, do not answer this question and the foreperson should sign and date the verdict.

**QUESTION NO. 3**

What is the value of the benefit, if any, you find that Defendant Petrolink obtained from Plaintiff Digital Drilling as a result of the conduct you found in Question 1?

Do not add interest to the amount of benefit, if any.

Answer in dollars and cents.

$414,940.00

If you answered Question 3, then answer this question. Otherwise, do not answer this question and the foreperson should sign and date the verdict.

**QUESTION NO. 4**

Do you find that the Plaintiff Digital Drilling failed to exercise reasonable care to avoid the benefit obtained by Defendant Petrolink as a result of the conduct you found in Question 1?

Answer "Yes" or "No": __NO__

If you answered Question 4, "Yes," then answer this question. Otherwise, do not answer this question and the foreperson should sign and date the verdict.

## QUESTION NO. 5

What is the value of the benefit obtained by Defendant Petrolink from Plaintiff Digital Drilling as a result of the conduct you found in Question 1, that could have been avoided, if any, if Plaintiff Digital Drilling had exercised reasonable care?

Do not add interest to the amount of benefit, if any.

Answer in dollars and cents.

_____

This ends your deliberations. The foreperson should sign and date the verdict.

We, the jury, have unanimously answered the above and foregoing special issues in the manner indicated in this verdict form and return these answers to the Court as our verdict.

**ORIGINAL ON FILE IN CLERK'S OFFICE**   9 November 2018

FOREPERSON   DATE